Department. June 11, 1909.) Action by Dagney Anderson against the Pennsylvania Steel Company. No opinion. Motion •denied, with $10 costs. Order filed. See, also, 61 Misc. Rep. 504, 115 N. Y. Supp. 570.

ANDERSON, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Charles Anderson against Charles Smith and another. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

In re ANDREWS. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Herbert F. Andrews. With this case has been consolidated in this court cases bearing titles as follows: In re Maurice M. Greenstein; In re Matthew P. Doyle; In re Edgar Logan; In re Maurice B. Gluck; In re Joseph A. Flannery. No opinions. References ordered. Settle orders on notice.

ANTHONY v. MOORE & MUNGER CO. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Nicholas W. Anthony against the Moore & Munger Company. No opinion. Motion denied. Settle order on notice.

APPLEGATE et al., Respondents, v. DRAKE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Frank E. Applegate and another, against Ida Applegate Drake, impleaded.

PER CURIAM. Order modified, so as to limit the examination to the following matters: (1) Whether the paper purporting to be the last will and testament of Joseph Applegate, deceased, is in the defendant Drake's handwriting. (2) If not, who drafted the alleged will before the same was copied, if the defendant Drake knows? (3) Any conversations between the defendant Drake and the testator in relation to the will, and everything which the defendant Drake heard said by the testator in connection therewith which is material to the controversy—and, as thus modified, affirmed, without costs, on the authority of Schweinburg v. Altman, 131 App. Div. 795, 116 N. Y. Supp. 318.

HIRSCHBERG, P. J., votes to affirm the order.

ARNOT, Respondent, v. UNION SALT CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Matthias H. Arnot, as trustee, against the Union Salt Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 117 N. Y. Supp. 1105.

AUERBACH, Appellant, v. CURIE, Respondent. (Supreme Court, Appellate Division,

First Department. July 13, 1909.) Action by Robert Auerbach against Charles Curie. J. S. Rose, for appellant. W. W. Smith, for respondent. No opinion. Judgment affirmed, with costs, on 126 App. Div. 836, 111 N. Y. Supp. 327. Order filed.

In re BALL. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Wilbur L. Ball. No opinion. Proceeding dismissed. Settle order on notice.

BALLOU, Respondent, v. BIRKIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by William Ballou against Thomas I. Birkin and Robert J. Horner, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

BARKER, Respondent, v. BARKER, Appellant (two cases). (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Eva M. Barker against Charles B. Barker. A. T. Servin, for appellant. E. A. Jones, for respondent. No opinion. Judgment and order affirmed, with costs. Orders filed.

BARNES et al., Appellants, v. MIDLAND R. TERMINAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Sarah H. Barnes and others against the Midland Railroad Terminal Company.

PER CURIAM. Order modified, so that the defendant may serve a supplemental answer upon payment of $300, provided it stipulate to waive all costs if it finally prevail perforce alone of the new matter in such answer, and also that plaintiffs may withdraw, without costs, any allegations in their complaint as to which new matter by way of defense is set up in said answer; and, as so modified, the order is affirmed, without costs. See, also, 126 App. Div. 435, 110 N. Y. Supp. 545.

BARRICK PUB. CO., Appellant, v. P. & D. PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the Barrick Publishing Company against the P. & D. Publishing Company. W. R. Adams, for appellant. H. C. Burnstine, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BATTISTELLO, Respondent, v. McDONALD, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Valentino Battistello against John B. McDonald.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, on the ground that the notice was not sufficient under the employer's liability act. (Laws 1902, p. 1748, c. 600).